**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO. 3:25cr105/MCR**

**DESHAWN ISAIAH DONSON**
_________________________________/

# TRIAL BRIEF

COMES Now, the United States of America, by and through the undersigned Assistant United States Attorneys, and represents that it has previously discussed some of the legal and factual issues with the defense pursuant to N.D. Fla. Loc. R. 26.2 with respect to those matters set forth in the rule. Counsel now files this report as required by N.D. Fla. Loc. R. 26.2 as follows:

A. Discovery Material Provided

1. Government

The government represents that it has provided the defendant with all discovery required by the rule; including any known *Brady* material. It further represents that more discovery was provided than is required by the rule, this includes supplemental packets of discovery. Further, the government invited the defense to review in person – or confer about via telephonic conference – all the government's exhibits in advance of trial (this offer was made multiple times

through letter and electronic mail), but the defense declined such overtures by the government.

2. Defendant

The defendant has not provided the government with the names of any potential witnesses nor documentary or physical evidence during the discovery process to date.

B. Stipulations as to Evidence

It is not anticipated that there will be evidentiary disputes or objections related to the projected government exhibits as all known evidentiary/suppression issues have been litigated pretrial. The defendant has declined to stipulate to anything the government requested in an effort to expedite the trial process.

C. Case Summary

The defendant, Deshawn Isaiah Donson, is one of the most prolific commercial armed robbers in the history of Escambia, County, Florida. (*See* Doc. 21). During the course of less than three years, he committed no less than 18 armed robberies, which led to the instant indictment.[1]

---

[1] The defendant's armed threat of violence delayed, interrupted, or affected the commercial establishments and thus interstate commerce. The commerce nexus for a violation under Section 1951 can be shown by evidence of a potential impact on commerce or by evidence of an actual, de minimis impact on commerce. *United States v. Kaplan*, 171 F.3d 1351, 1354 (11th Cir. 1999); *see also United States v. Guerra*, 164 F.3d 1358, 1361 (11th Cir. 1999); *United States v. Farrell*, 877 F.2d 870, 875 (11th Cir. 1989). Indeed, the Eleventh Circuit has held that the commerce nexus is even met in relation to liquor/beer stores that have been robbed who obtain product from out of state (or were manufactured out of state). *United States v. Vallejo*, 297 F.3d 1154, 1166 (11th Cir.

On November 10, 2022, at approximately 2130 hours, an armed robbery occurred at the Speed Mart located at 1800 S Highway 29, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant left with approximately $3,000.

On November 16, 2022, at approximately 2212 hours, an armed robbery occurred at the Circle K gas station and convenience store located at 502 E Burgess, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant fled with approximately $1.

On December 2, 2022, at approximately 2215 hours, an armed robbery occurred at the Circle K gas station and convenience store located at 2825 Langley Avenue, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant left with approximately $35.

The same day, at approximately 2335 hours, an armed robbery occurred at the Circle K gas station and convenience store located at 4500 E Olive Road, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant left with approximately $162.

---

2002); *United States v. Griffin*, 724 Fed. Appx. 808 (11th Cir. 2018). In this instance, the establishments received products from multiple out of state vendors, the products were manufactured out of state, and the establishments were closed after the armed robberies and did not immediately reopen.

On December 9, 2022, at approximately 2317 hours, an armed robbery occurred at the Tom Thumb gas station and convenience store located at 3280 Summit Boulevard, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk, demanded money, and fled with approximately $502.

On January 2, 2023, at approximately 2136 hours, an armed robbery occurred at the Snappy Foods gas station and convenience store located at 8620 Pine Forrest Road, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant fled with approximately $1,000.

During the 2022-2023 series of robberies, an Escambia County Sheriff's Office ("ECSO") Investigator obtained several search warrants for cellular tower data near the various robbery sites in an attempt to identify the suspect's cellular phone number. Each of these warrants was granted. Upon receiving those results, ECSO reviewed the contents and noted that cellular telephone number 850-480-2303 was present in the area of the location of the robberies at the Speed Mart located at 1800 S. Highway 29 and Circle K located at 6920 Mobile Highway. Law enforcement databases confirmed the phone number was registered to the defendant's mother.

Thereafter, ECSO Investigator John Little analyzed the raw tower data records and confirmed the results. Investigator Little further noted historical location data from the 850-480-2303 cellular telephone number during the robbery at 6920 Mobile

Highway on December 27, 2022. This data was recorded by the cellular tower because the defendant's phone received an incoming phone call during the event.

On November 19, 2023, at approximately 2200 hours, an armed robbery occurred at the RaceWay gas station and convenience store located at 3530 Barrancas Avenue, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant left with approximately $315.

On December 12, 2023, at approximately 2254 hours, an armed robbery occurred at the Cumberland Farms gas station and convenience store located at 11640 Chemstrand Road, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant fled with approximately $540.

On January 5, 2024, at approximately 2143 hours, an armed robbery occurred at the Majik Market gas station and convenience store located at 885 Scenic Highway, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant fled with approximately $1,212.

On January 29, 2024, at approximately 2222 hours, an armed robbery occurred at the Citgo gas station and convenience store located at 2111 W Garden Street, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant fled with approximately $1,800.

On March 20, 2024, at approximately 2255 hours, another armed robbery occurred at the Cumberland Farms gas station and convenience store located at 11640 Chemstrand Road, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant fled with approximately $89.

On April 1, 2024, at approximately 2139 hours, an armed robbery occurred at the Dollar General located at 1407 W Garden Street, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant fled with approximately $531.

On April 27, 2024, at approximately 2245 hours, another armed robbery occurred at the Citgo located at 2111 W Garden Street, Pensacola, Florida. The defendant pointed a black and silver handgun at the clerk and demanded money. The defendant left with approximately $1,000.

On March 20, 2025, at approximately 2229 hours, another armed robbery occurred at the Circle K gas station and convenience store located at 502 E Burgess Road, Pensacola, Florida. The defendant pointed a black handgun at the clerk and demanded money. The defendant fled with approximately $4,450.

On April 16, 2025, at approximately 0430 hours, an armed robbery occurred at the Circle K gas station and convenience store located at 502 E Burgess Road,

Pensacola, Florida. The defendant pointed a black handgun at the clerk and demanded money. The defendant fled with approximately $500.

On April 26, 2025, at approximately 2300 hours, an armed robbery occurred at the RaceWay gas station and convenience store located at 9265 N Davis Highway, Pensacola, Florida. The defendant pointed a black handgun at the clerk and demanded money. The defendant fled with approximately $650.

On May 5, 2025, at approximately 2233 hours, an armed robbery occurred at the S&P Food Mart gas station and convenience store located at 6500 W Nine Mile Road, Pensacola, Florida. Upon approaching the business, the defendant pointed a handgun at a female just outside of the front door and forced her to walk inside of the business. The defendant continued to hold the female at gunpoint while at the front counter, and demanded the clerk give him the money from the drawers. The defendant left with approximately $750.

ECSO Investigator Little sought and obtained a pen register/trap and trace, plus geolocation search warrant, which was signed on May 8, 2025, for the defendant's telephone number. A return of said records revealed the specialized historical location data placed the defendant's device within close proximity of the robberies on: April 16, 2025, at the Circle K; April 26, 2025, at the RaceWay; and May 5, 2025, at the S&P Food Mart. Based on the defendant's arrival and departure at each business on foot, it was believed a getaway vehicle was located within a close

proximity/radius of the businesses. It appeared that the defendant maintained a vehicle a distance away from the locations prior to arriving to the robberies.

Late on May 16, 2025, law enforcement obtained a federal criminal complaint for the defendant along with federal search warrants for two residences linked to the defendant. Whilst conducting surveillance the night of May 18, investigators realized the defendant was in the midst of a new robbery. He robbed the RaceWay gas station on Airport Boulevard in Pensacola at gunpoint, and law enforcement was almost immediately in pursuit. This led to a highspeed vehicle chase and forceful detention of the defendant in his vehicle after he failed to comply with the lights and sirens of ECSO marked units.

In almost all the 2024-2025 robberies, the defendant was caught on surveillance video wearing distinct attire. Much of this attire was seized from the defendant upon arrest. During the course of the May 18 robbery, law enforcement was able to geolocate his cellular telephone to the area of the victim establishment.

The defendant was charged with 18 armed robberies, though the government is proceeding only on 14 of them for trial purposes. The defendant filed an omnibus motion to suppress evidence obtained pursuant to properly issued cellphone tracking warrants, properly issued residential search warrants, and a properly issued vehicle search warrant, which was denied. (Docs. 70, 79).

The defendant denies his guilt and the facts as articulated above. He has

requested a trial by jury.

D. Legal Issues

There are no anticipated legal issues other than that which have previously been litigated. The government anticipates all the trial evidence will be admitted through proper witnesses (and certifications) who have not otherwise been challenged by the defendant.

SUBMITTED this 29th day of September, 2026.

JOHN P. HEEKIN
United States Attorney

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney
Member of the Maryland Bar
21 E. Garden Street, Suite 400
Pensacola, FL 32502
(850) 444-4000

***/s/ Thomas S.P. Geeker***
THOMAS S.P. GEEKER
Assistant United States Attorney
Florida Bar No. 1035932
21 East Garden Street, Suite 400
Pensacola, Florida 32502
Phone: (850) 444-4000

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on September 29, 2026, for service on all parties herein.

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant United States Attorney