**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO. 3:25cr105/MCR**

**DESHAWN ISAIAH DONSON**
________________________________/

**PROPOSED VERDICT FORM**[1]

We, the jury, in the above entitled and numbered case, unanimously find the Defendant:

1. **Count One of the Indictment**

As to the offense of Interference with Commerce by Robbery,

We, the Jury, find the defendant, **DESHAWN ISAIAH DONSON**,

Guilty _______ Not Guilty _______

2. **Count Two of the Indictment**

As to the offense of Using or Carrying a Firearm During or in Relation to a Crime of Violence,

We, the Jury, find the defendant, **DESHAWN ISAIAH DONSON**,

Guilty _______ Not Guilty _______

[1] There are over a dozen counts for the crimes charged in Counts One and Two on different dates. The above proposed verdict format applies to all the same charges throughout the indictment.

*If you have found the defendant guilty of Count Two, you must determine whether the defendant brandished the firearm, and you must say so below:*

_____ Yes, the defendant brandished the firearm.

_____ No, the defendant did not brandish the firearm.

**3. Count Three of the Indictment**

As to the offense of Possession of a Firearm or Ammunition by a Convicted Felon,

We, the Jury, find the defendant, **DESHAWN ISAIAH DONSON**,

Guilty _______ Not Guilty _______

SO SAY WE ALL, this ____ day of _____________ 2026.

___________________________

Foreperson's Signature

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on September 29, 2026, for service on all parties herein.

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant U.S. Attorney