**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:25cr105-MCR**

**DESHAWN ISAIAH DONSON,**

**Defendant.**
_______________________________________/

# VERDICT FORM

We the Jury, in the above entitled and numbered case, unanimously, and beyond a reasonable doubt, find the Defendant, **DESHAWN ISAIAH DONSON:**

**COUNT ONE**
**Interference with Commerce by Robbery, May 18, 2025**

________ Not Guilty

__X__ Guilty

**COUNT TWO**
**Use or Carry a Firearm, May 18, 2025**

________ Not Guilty

__X__ Guilty

*If you have found the Defendant guilty of Count Two, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT THREE**
**Possession of a Firearm or Ammunition by a Convicted Felon**

_______ Not Guilty

___X___ Guilty

**COUNT FOUR**
**Interference with Commerce by Robbery May 5, 2025**

_______ Not Guilty

___X___ Guilty

**COUNT FIVE**
**Use or Carry a Firearm, May 5, 2025**

_______ Not Guilty

___X___ Guilty

*If you have found the Defendant guilty of Count Five, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT SIX**
**Interference with Commerce by Robbery, April 26, 2025**

________ Not Guilty

__X__ Guilty

**COUNT SEVEN**
**Use or Carry a Firearm, April 26, 2025**

________ Not Guilty

__X__ Guilty

*If you have found the Defendant guilty of Count Seven, did the Defendant brandish the firearm?*

______ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT EIGHT**
**Interference with Commerce by Robbery, April 16, 2025**

________ Not Guilty

__X__ Guilty

**COUNT NINE**
**Use or Carry a Firearm, April 16, 2025**

________ Not Guilty

__X__ Guilty

*If you have found the Defendant guilty of Count Nine, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT TEN**
**Interference with Commerce by Robbery, March 20, 2025**

_______ Not Guilty

___X___ Guilty

**COUNT ELEVEN**
**Use or Carry a Firearm, March 20, 2025**

_______ Not Guilty

___X___ Guilty

*If you have found the Defendant guilty of Count Eleven, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT FOURTEEN**
**Interference with Commerce by Robbery, April 1, 2024**

_______ Not Guilty

___X___ Guilty

**COUNT FIFTEEN**
**Use or Carry a Firearm, April 1, 2024**

________ Not Guilty

__X__ Guilty

*If you have found the Defendant guilty of Count Fifteen, did the Defendant brandish the firearm?*

______ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT SIXTEEN**
**Interference with Commerce by Robbery, March 20, 2024**

________ Not Guilty

__X__ Guilty

**COUNT SEVENTEEN**
**Use or Carry a Firearm, March 20, 2024**

________ Not Guilty

__X__ Guilty

*If you have found the Defendant guilty of Count Seventeen, did the Defendant brandish the firearm?*

______ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT TWENTY**
**Interference with Commerce by Robbery, January 5, 2024**

________ Not Guilty

__X__ Guilty

**COUNT TWENTY-ONE**
**Use or Carry a Firearm, January 5, 2024**

________ Not Guilty

__X__ Guilty

*If you have found the Defendant guilty of Count Twenty-One, did the Defendant brandish the firearm?*

______ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT TWENTY-TWO**
**Interference with Commerce by Robbery, December 12, 2023**

________ Not Guilty

__X__ Guilty

**COUNT TWENTY-THREE**
**Use or Carry a Firearm, December 12, 2023**

________ Not Guilty

__X__ Guilty

*If you have found the Defendant guilty of Count Twenty-Three, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT TWENTY-FOUR**
**Interference with Commerce by Robbery, November 19, 2023**

_______ Not Guilty

___X___ Guilty

**COUNT TWENTY-FIVE**
**Use or Carry a Firearm, November 19, 2023**

_______ Not Guilty

___X___ Guilty

*If you have found the Defendant guilty of Count Twenty-Five, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT TWENTY-EIGHT**
**Interference with Commerce by Robbery, December 9, 2022**

_______ Not Guilty

___X___ Guilty

**COUNT TWENTY-NINE**
**Use or Carry a Firearm, December 9, 2022**

_______ Not Guilty

___X___ Guilty

*If you have found the Defendant guilty of Count Twenty-Nine, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT THIRTY**
**Interference with Commerce by Robbery, December 2, 2022**
**Circle K, East Olive Road**

_______ Not Guilty

___X___ Guilty

**COUNT THIRTY-ONE**
**Use or Carry a Firearm, December 2, 2022**
**Circle K, East Olive Road**

_______ Not Guilty

___X___ Guilty

*If you have found the Defendant guilty of Count Thirty-One, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT THIRTY-TWO**
**Interference with Commerce by Robbery, December 2, 2022**
**Circle K, Langley Avenue**

_______ Not Guilty

___X___ Guilty

**COUNT THIRTY-THREE**
**Use or Carry a Firearm, December 2, 2022**
**Circle K, Langley Avenue**

_______ Not Guilty

___X___ Guilty

*If you have found the Defendant guilty of Count Thirty-Three, did the Defendant brandish the firearm?*

_____ No, the Defendant did not brandish the firearm.

__X__ Yes, the Defendant brandished the firearm.

**COUNT THIRTY-SIX**
**Interference with Commerce by Robbery, November 10, 2022**

________ Not Guilty

___X___ Guilty

**COUNT THIRTY-SEVEN**
**Use or Carry a Firearm, November 10, 2022**

________ Not Guilty

___X___ Guilty

*If you have found the Defendant guilty of Count Thirty-Seven, did the Defendant brandish the firearm?*

______ No, the Defendant did not brandish the firearm.

___X__ Yes, the Defendant brandished the firearm.

**SO SAY WE ALL**, this the __7th__ day of October 2026.

[redacted]

Foreperson's Signature