# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:25-cr-00105-MCR

DESHAWN ISAIAH DONSON

## AMENDED NOTICE OF HEARING

TAKE NOTICE that the proceeding in the case has been reset for the place, date and time set forth below:

**Place:** United States Courthouse
One North Palafox Street
Pensacola, Florida 32502

**Room No:** Courtroom 5

**Date:** March 29, 2027 **Previous Date:** January 14, 2027

**Time:** 9:00 AM CT **Previous Time:** 9:00 AM CT

**Time Allotted:** *1 hour reserved

**Proceeding:** Sentencing Hearing before the Honorable M. Casey Rodgers

***NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.***

JESSICA J. LYUBLANOVITS
CLERK OF COURT

October 8, 2026
DATE:

/s/ Barbara Rogers
Deputy Clerk:

Copies to:
Honorable M. Casey Rodgers
Counsel of Record
U.S. Marshal
U.S. Probation

*Should additional time be needed, please notify the court.